ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 JAN 23 AM 11:09

DEPUTY CLERK _____ mb

Cheryl Ann Martin
**Plaintiff**

v.

USA Gov
**Defendant**

Case Number: 3:23CV156

"Sharia Law" Pageon
AG DC Mr. Merrick on above topic, Rob Prayer Bank, Sharia Law the Pageon, of you, as the AG DC Merrick Garland, the Texas Federal Judge be a Justice War Mongreal in case abuve in Antichrist with her, Russia China, Time put on Texas Boots Merrick Garland, in thinking everyone does not Love Jesus, know my Point!!

* Attach additional pages as needed.

Date: 1/23/23
Signature: Chey Martn
Print Name: Cheryl Martin
Address: Amber Alert & Ghost
City, State, Zip: Dallas Texas
Telephone: 817 333-4012